IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHARLES SWIFT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CV327 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHELLE ADAMS, EUSTACHIA MOSS, and NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

On April 5, 2016, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 16th day of May, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge